**Order entered April 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00161-CV**

**IN THE INTEREST OF P.Z.F., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00558-X**

**ORDER**

Before the Court is court reporter Pamela Sumler's April 19, 2021 request for an additional ten days in which to file the reporter's record. We **GRANT** the motion and **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than April 30, 2021.** *See* TEX. R. APP. P. 35.1(b). Because this is an accelerated appeal in a parental termination case, the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the record. *See id.* 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and the parties.

/s/    ERIN A. NOWELL
       JUSTICE